# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 86 WM 2016

Respondent  :

v.  :

THOMAS MARCEL SCOTT,  :

Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus is **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted).

    The Prothonotary is **DIRECTED** to forward the filings to counsel of record.